# IN THE SUPREME COURT OF THE STATE OF NEVADA

DAMON EARL ALEXANDER,
Appellant,
vs.
JO GENTRY, WARDEN,
Respondent.

No. 74303

FILED

JUL 2 0 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY ___ DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a postconviction petition for a writ of habeas corpus challenging the computation of time served. Appellant's claims involve the application of credits to his minimum sentence for purposes of parole eligibility. Because the documents submitted in this matter show that appellant has been granted parole, this matter is moot. *See Williams v. State*, 133 Nev., Adv. Op. 75, 402 P.3d 1260, 1265, n.7 (2017). Accordingly, we

ORDER this appeal DISMISSED.

_____ , J.
Pickering

_____ , J.
Gibbons

_____ , J.
Hardesty

cc: Hon. Linda Marie Bell, District Judge
Damon Earl Alexander
Attorney General/Carson City
Attorney General/Las Vegas
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

18-27747